UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIA ESCOBAR,

        Plaintiff(s),

   v.

MORTGAGEIT, INC., et al.

        Defendant(s).
_____/

No. C 10-0692 PJH

**ORDER TO SHOW CAUSE**

    Plaintiff in the above-entitled matter having failed to appear at the case management conference on May 27, 2010, in compliance with the court's order of February 18, 2010,

    THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

    The hearing on the order to show cause will be held on June 24, 2010, at 2:00 p.m. If plaintiff fails to appear, the case will be dismissed for failure to prosecute.

    The court also notes that the docket does not appear to reflect proof of service of the complaint on any defendant. The deadline for service of the complaint is June 18, 2010. Any defendant who is not timely served will be dismissed without prejudice on June 19, 2010.

**IT IS SO ORDERED.**

Dated: May 28, 2010

                                          _____
                                          PHYLLIS J. HAMILTON
                                          United States District Judge