1  STEPHEN C. RUEHMANN (167533)
   **LAW OFFICES OF STEPHEN C. RUEMANN**
2  770 L Street, Suite 950
   Sacramento, CA 95814
3  (916) 465-4100

4
   MARC C. FISHER, ESQ. (44794)
5  **LAW OFFICES OF MARC C. FISHER**
   9580 Oak Avenue Parkway, Suite 15
6  Folsom, CA 95630
   (916) 988-8001
7
   Attorneys for Plaintiff
8

9

10                     UNITED STATES DISTRICT COURT
11
                       NORTHERN DISTRICT OF CALIFORNIA
12

13

14 | MARIA T. ESCOBAR,                                    ) **Case No.: 4:10-cv-00692-PJH**
                                                          )
15 |         Plaintiff,                                   )
                                                          )
16 | vs.                                                  ) NOTICE OF VOLUNTARY DISMISSAL
                                                          )
17 | Mortgageit, Inc., a New York corporation;            )
   | Indymac Bank, FSB, a Federal Savings Bank;           )
18 | Mortgage Electronic Registration Systems,            )
   | Inc., a California corporation; Quality Loan        )
19 | Services Coporation, a California corporation;       )
   | and DOES 1 to 100, inclusive,                        )
20 |                                                      )
   |         Defendants.                                  )
21 |                                                      )
                                                          )
22                                                        )

23      NOTICE IS HEREBY GIVEN that pursuant to FRCP 41 (a), Plaintiff voluntarily
24 dismisses the above captioned action without predjudice.
25

                                        1

1 | Dated: June 1, 2010                    /S/   Stephen C. Ruehmann
2 |                                         Stephen C. Ruehmann
  |                                         Attorney for Plaintiffs

                6/7/10

